United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WAPITI ENERGY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01192 |
| | § | |
| **CLEAR SPRING PROPERTY AND CASUALTY COMPANY,** | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Plaintiff brought this suit alleging Defendant was required to pay for the recovery of Plaintiff's oil barge after a hurricane set the ship adrift and grounded it in a marsh owned by a third party. On February 28, 2023, the Court granted Defendant's Motion for Summary Judgment and dismissed Plaintiff's claims. (Doc. 23.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED**.

Signed at Houston, Texas on March 7, 2023.

_____
Keith P. Ellison
United States District Judge