United States District Court
Southern District of Texas
**ENTERED**
May 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WAPITI ENERGY, LLC** | Case No: 4:22-cv-01192 |
| **VERSUS** | Rule 9(h) Admiralty |
| **CLEAR SPRING PROPERTY & CASUALTY CO.** | JUDGE: Keith Ellison |

## ORDER OF DISMISSAL

Considering the Joint Motion (ECF 47) of the parties that all claims have been resolved by way of compromise,

IT IS HEREBY ORDERED ADJUDGED AND DECREED, that the Joint Motion to Dismiss with prejudice is hereby GRANTED, each party to bear their own costs.

**IT IS SO ORDERED**.

**SIGNED** in Houston, TX on this the 28th day of May, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE