United States District Court
Southern District of Texas
**ENTERED**
June 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WAPITI ENERGY, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:22-CV-1192 |
| **CLEAR SPRING PROPERTY &** § | |
| **CASUALTY CO.,** § | |
| § | |
| *Defendant*. § | |

## FINAL JUDGMENT

On May 28TH, 2025, the Court dismissed all claims pending in the above captioned case. As a result, the court hereby **ENTERS** final judgment on all claims against the Defendant. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for all Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th of June 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE